AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| UNGARO, URSULA | UNITED STATES DISTRICT COURT | 05/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

400 N. MIAMI AVENUE
ROOM 12-4
MIAMI, FLORIDA 33128

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MetLife Vintage 3 Annuity | | None | M | T | | | | | |
| 2. Muni Cash Trust | A | Interest | K | T | | | | | |
| 3. Jea Fla Elec Sys Rev Bond | A | Interest | K | T | | | | | |
| 4. Regional Transn Dist Co Ref Fastracks Proj Bond | A | Interest | J | T | | | | | |
| 5. Texas St Bond | A | Interest | J | T | | | | | |
| 6. Houston, Tex. Util Sys Rev. Bond | A | Interest | | | Sold | 10/15/15 | J | A | |
| 7. Pa.StHigher Ed Auth Rev Bond | A | Interest | K | T | | | | | |
| 8. Wisc St Transp Rev Bond | A | Interest | | | Sold | 02/20/15 | K | A | |
| 9. Alaska Mun Bd Bk Alaska Mun Bond | A | Interest | | | Sold | 08/18/15 | K | A | |
| 10. Edgewood Tex Indpt Sch Dist Be Bond | A | Interest | K | T | | | | | |
| 11. Harris Cnty Tex Bond | A | Interest | J | T | | | | | |
| 12. Ivy Tech Cmnty College Ind Bond | A | Interest | K | T | | | | | |
| 13. King Cnty Wash Sch Dist No 409 Bond | A | Interest | K | T | | | | | |
| 14. King Cnty Was Swr Rev Bond | A | Interest | K | T | | | | | |
| 15. Mesa Cnty Colo Vy Sch Dist No Bond | A | Interest | K | T | | | | | |
| 16. New York St Dorm Auth Sales Ta Bond | A | Interest | K | T | | | | | |
| 17. Northern Mun Pwr Agy Minn Elec Bond | A | Interest | | | Sold | 10/15/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oregon St For Issues Drt Prior Bond | A | Interest | K | T | | | | | |
| 19. Snohomish Cnty Wash Pub Util D Bond | A | Interest | K | T | | | | | |
| 20. West Virginia St Wtr Dev Auth Bond | A | Interest | K | T | | | | | |
| 21. Wisconsin St Health & Edl Bond | A | Interest | J | T | Buy | 04/24/15 | J | | |
| 22. New York St Dorm Auth St Bond | A | Interest | J | T | Buy | 09/02/15 | J | | |
| 23. Phoenix Ariz Civic Impt Corp Bond | A | Interest | K | T | Buy | 11/18/15 | K | | |
| 24. DFA US Core Equity 1 Fund | A | Dividend | K | T | Sold (part) | 02/15/15 | J | A | |
| 25. DFA US Core Equity 1 Fund | A | Dividend | K | T | Buy (add'l) | 10/05/15 | J | | |
| 26. DFA US Core Equity 2 Fund | B | Dividend | | | Sold (part) | 01/30/15 | K | A | |
| 27. DFA US Core Equity 2 Fund | B | Dividend | | | Sold (part) | 02/13/15 | J | A | |
| 28. DFA US Core Equity 2 Fund | B | Dividend | | | Sold | 10/05/15 | K | B | |
| 29. DFA US Large Company Fund | B | Dividend | L | T | Sold (part) | 02/13/15 | J | A | |
| 30. DFA US Large Company Fund | B | Dividend | L | T | Sold (part) | 11/18/15 | J | A | |
| 31. DFA US Large Company Fund | B | Dividend | L | T | Sold (part) | 09/08/15 | K | A | |
| 32. DFA US Large Company Fund | B | Dividend | L | T | Buy (add'l) | 10/09/15 | L | | |
| 33. DFA US Micro Cap Fund | A | Dividend | | | Sold (part) | 09/08/15 | J | A | |
| 34. DFA US Micro Cap Fund | A | Dividend | | | Sold | 10/09/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA US Small Cap Fund | B | Dividend | K | T | Buy | 10/19/15 | K | | |
| 36. DFA International Core Equity Fund | B | Dividend | | | Sold (part) | 01/30/15 | J | A | |
| 37. DFA International Core Equity Fund | B | Dividend | | | Sold (part) | 02/13/15 | J | A | |
| 38. DFA International Core Equity Fund | B | Dividend | | | Sold (part) | 02/19/15 | J | A | |
| 39. DFA International Core Equity Fund | B | Dividend | | | Sold (part) | 09/08/15 | L | A | |
| 40. DFA International Core Equity Fund | B | Dividend | | | Sold | 10/05/15 | J | A | |
| 41. DFA International Small Company Fund | C | Dividend | L | T | Buy | 10/05/15 | L | | |
| 42. DFA Emerging Markets Core Equity Fund | A | Dividend | | | Sold | 09/08/15 | K | A | |
| 43. DFA Emerging Markets Small Cap Fund | A | Dividend | K | T | Buy | 10/05/15 | K | | |
| 44. DFA Global Real Estate Fund | | None | | | Buy | 01/30/15 | K | | |
| 45. DFA Global Real Estate Fund | | None | | | Sold | 09/08/15 | K | A | |
| 46. TCW Emerging Markets Income Fund | B | Int./Div. | K | T | Buy (add'l) | 05/11/15 | J | | |
| 47. TCW Emerging Markets Income Fund | B | Int./Div. | K | T | Sold (part) | 09/08/15 | K | A | |
| 48. TCW Emerging Markets Income Fund | B | Int./Div. | K | T | Buy (add'l) | 10/09/15 | K | | |
| 49. Nuveen High Yield Municipal Bond Fund | B | Int./Div. | K | T | Sold (part) | 10/09/15 | J | A | |
| 50. Templeton Global Bond Fund | B | Int./Div. | L | T | Buy (add'l) | 05/11/15 | J | | |
| 51. Templeton Global Bond Fund | B | Int./Div. | L | T | Buy (add'l) | 10/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Templeton Global Bond Fund | B | Int./Div. | L | T | Sold (part) | 09/08/15 | L | A | |
| 53. Templeton Global Bond Fund | B | Int./Div. | L | T | Buy (add'l) | 10/09/15 | L | | |
| 54. iShares JPMorgan EM Bond Fund | A | Dividend | | | Buy | 09/08/15 | K | | |
| 55. iShares JPMorgan EM Bond Fund | A | Dividend | | | Sold | 10/09/15 | K | A | |
| 56. iShares MSCI EAFE Fund | | None | | | Buy | 09/08/15 | L | | |
| 57. iShares MSCI EAFE Fund | | None | | | Sold | 10/05/15 | L | A | |
| 58. iShares MSCI EM Fund | | None | | | Buy | 09/08/15 | K | | |
| 59. iShares MSCI EM Fund | | None | | | Buy (add'l) | 09/11/15 | K | | |
| 60. iShares MSCI EM Fund | | None | | | Sold | 10/05/15 | K | B | |
| 61. iShares Russel 2000 Fund | A | Dividend | | | Buy | 09/08/15 | J | | |
| 62. iShares Russel 2000 Fund | A | Dividend | | | Sold | 10/09/15 | J | A | |
| 63. iShares US Real Estate Fund | A | Dividend | | | Buy | 09/08/15 | K | | |
| 64. iShares US Real Estate Fund | A | Dividend | | | Sold | 10/05/15 | K | B | |
| 65. SPDR S&P 500 Fund | A | Dividend | | | Buy | 09/08/15 | K | | |
| 66. SPDR S&P 500 Fund | A | Dividend | | | Sold | 10/09/15 | K | A | |
| 67. Vanguard Total Int'l Bond Fund | A | Dividend | | | Buy | 09/08/15 | L | | |
| 68. Vanguard Total Int'l Bond Fund | A | Dividend | | | Sold (part) | 10/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Total Int'l Bond Fund | A | Dividend | | | Sold | 10/16/15 | K | A | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Although not required, I am reporting the following: I own a 1.1% limited partnership interest in Mt. Blue Ltd. Partners which owns a 2.73% interest in another entity, the Shopping Center Partnership. I did not reported this interest until 2010r because, during my entire tenure, it has never had a value of $1,000 or more. In other words, there has not been a secondary market for my interest at any time during my service as a District Judge. However, it carries the potential for a tax liability (the amount of which and timing I cannot predict). Although I am not obligated to report this interest as an asset, I am continuing to report it in an abundance of caution because under the current economic conditions, I am concerned that some tax liability could arise in connection with the interest. It should be noted, however, that I have no information from the general partner and no information regarding the partnership from any other source that suggests any current tax liability exposure; I am relying simply on my knowledge of current economic conditions, my understanding of the tax liabilites that can be associated with limited partnership interests generally and my knowledge of the history of these entities.

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 05/04/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ URSULA UNGARO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544